# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

AUCTUS GROUP, LLC,

     Plaintiff,

v.                                                  Case No: 8:22-cv-1689-KKM-AAS

216 CONSTELLATION LLC and
MATTHEW CHASE BRYANT,

     Defendant.

_____

## ORDER

Plaintiff Auctus Group, LLC, moves for default judgment against Defendants 216 Constellation LLC and Matthew Case Bryant. (Doc 16.) No response was filed in opposition. The Magistrate Judge recommends that the Court grant the motion in part and deny it in part. (Doc. 17.)

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). If a party files a timely and specific objection to a finding of fact by the magistrate judge, the district court must conduct a de novo review with respect to that factual issue. *Stokes v. Singletary*, 952 F.2d 1567, 1576 (11th Cir. 1992). The district court reviews legal conclusions de novo, even in the absence of an

objection. *See Cooper-Houston v. S. Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994); *Ashworth v. Glades Cnty. Bd. of Cnty. Comm'rs*, 379 F. Supp. 3d 1244, 1246 (M.D. Fla. 2019).

The fourteen-day deadline for objections to the recommendation has passed. No party objected. Nevertheless, the Court reviews the Magistrate Judge's legal conclusions de novo. *See Cooper-Houston v. S. Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994); *Ashworth v. Glades Cnty. Bd. of Cnty. Comm'rs*, 379 F. Supp. 3d 1244, 1246 (M.D. Fla. 2019) (Steele, J.). After review and for the reasons that the Magistrate Judge stated, the Court concludes that default judgment as to Counts I, II, and IV is appropriate and that default judgment as to Count III is not.

Accordingly, the following is **ORDERED**:

1.  The Magistrate Judge's Report and Recommendation (Doc. 17) is **ADOPTED** and made a part of this Order for all purposes.

2.  Auctus's Motion for Default Judgment (Doc. 16) is **GRANTED in part and DENIED in part**. Specifically, the Motion is granted as to Counts I, II, and IV and denied as to Count III.

3.  The Clerk is directed to enter default judgment against Defendants in the amount of $275,000 plus 8% interest from October 18, 2018, until final

judgment is entered, plus post-judgment interest accruing at the statutory rate.

**ORDERED** in Tampa, Florida, on November 15, 2022.

Kathryn Kimball Mizelle
United States District Judge